**Order filed November 3, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00874-CR

———————

### IN RE CARL DARNELL GAVIN, Appellant

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1085545**

## ORDER

This is a mandamus proceeding file November 2, 2016. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-08-00881-CR.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-16-00874-CR is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM